IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C-SAM, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | C.A. No. 11-881-GMS-CJB |
| VIVOTECH INC., ) | |
| ) | |
| Defendant. ) | |

## THIRD AMENDED NOTICE OF DEPOSITION OF DICKEY B. SINGH

PLEASE TAKE NOTICE that, on July 13, 2012, beginning at 9:00 a.m. PDT, at the offices of Bullivant Houser Bailey P.C., at 601 California Street, Suite 1800, San Francisco, CA 94108, Plaintiff C-SAM, Inc., will take the deposition of Dickey B. Singh, ViVOtech, Inc.'s Vice President of Software Engineering and Product Development. The deposition will be recorded by stenographic means. You are invited to attend and participate.

SHAW KELLER LLP

*/s/ Karen E. Keller*

| | |
|---|---|
| OF COUNSEL: | Karen E. Keller (No. 4489) |
| Michael A. Albert | David M. Fry (No. 5486) |
| Robert M. Abrahamsen | 300 Delaware Avenue, Suite 1120 |
| Christopher W. Henry | Wilmington, DE 19801 |
| WOLF, GREENFIELD & SACKS, P.C. | (302) 298-0700 |
| 600 Atlantic Avenue | kkeller@shawkeller.com |
| Boston, MA 02210 | dfry@shawkeller.com |
| (617) 646-8000 | |
| | *Attorneys for Plaintiff C-SAM, Inc.* |

Dated: July 5, 2012