IN THE UNITED STATES DISTRICT COURT
FOR THE DISRICT OF DELAWARE

| | | |
|---|---|---|
| C-SAM, INC., | ) | |
| | ) | |
| Plaintiff and Counter-Defendant, | ) | |
| | ) | C.A. No. 11-881-GMS |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| VIVOTECH, INC., | ) | |
| | ) | |
| Defendant and Counter-Plaintiff. | ) | |

## JOINT STIPULATION AND ORDER TO
## AMEND THE SCHEDULING ORDER

WHEREAS, On July 3, 2012, defendant/counter-plaintiff ViVOtech, Inc. ("ViVOtech") filed its Notice of Withdrawal and Substitution of Counsel, whereby Mario Aieta of Satterlee Stephens Burke & Burke was substituted in as lead trial counsel for ViVOtech in place of Jose Villareal and his colleagues of Wilson Sonsini Goodrich & Rosati; and

WHEREAS, in order to permit its new counsel to familiarize themselves with the facts and circumstances of this case and with the record to date, ViVOtech has requested and plaintiff/counter-defendant C-SAM, Inc. ("C-SAM") has agreed to extend the remaining dates for the exchange of Preliminary Infringement Disclosures and Preliminary Invalidity and Non-Infringement Contentions by thirty days; and

WHEREAS, this request only affects the remaining deadlines found in Paragraphs 2 and 3 of the Court's Scheduling Order (D.I. 17, ordered on April 3, 2012) and both C-SAM and ViVOtech agree and consent to the extension of these deadlines as reflected below; and

WHEREAS, no other dates or deadlines in the current Scheduling Order will be changed and the proposed amendment does not change the dates for the Pretrial Conference or Trial, so there will be no disruption to the Court's schedule by this extension;

WHEREFORE, IT IS HEREBY stipulated and agreed between ViVOtech and C-SAM, subject to the approval of the Court, that the Scheduling Order (D.I. 17) is amended so that the following deadlines are extended as follows:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Exchange of initial claim charts; identification of infringement theories; production of documents and identification of documents supporting contentions. | July 25, 2012 | August 24, 2012 |
| Preliminary Invalidity and Non-Infringement Contentions (as set forth in Paragraph 3 of the Scheduling Order) | August 27, 2012 | September 26, 2012 |
| Responses To Prior Art Statements And Initial Invalidity Contentions | September 14, 2012 | October 15, 2012 |

| POTTER ANDERSON CORROON LLP | SHAW KELLER LLP |
|---|---|
| By: */s/ Philip A. Rovner*<br>  Philip A. Rovner (#3215)<br>  Jonathan A. Choa (#5319)<br>  Hercules Plaza<br>  P.O. Box 951<br>  Wilmington, DE 19899<br>  (302) 984-6000<br>  provner@potteranderson.com<br>  jchoa@potteranderson.com<br><br>*Attorneys for Defendant*<br>*ViVOtech, Inc.*<br><br>*Of Counsel:*<br><br>Mario Aieta<br>Robert Carrillo<br>M.J. Williams<br>Satterlee Stephens Burke & Burke LLP<br>230 Park Avenue, Suite 1130<br>New York, NY 10169<br>(212) 818-9200 | By: */s/ Karen E. Keller*<br>  Karen E. Keller (#4489)<br>  David M. Fry (#5486)<br>  300 Delaware Avenue, Suite 1120<br>  Wilmington, DE 19801<br>  (302) 298-0700<br>  kkeller@shawkeller.com<br>  dfry@shawkeller.com<br><br>*Attorneys for Plaintiff*<br>*C-SAM, Inc.*<br><br>*Of Counsel:*<br><br>Michael A. Albert<br>Robert M. Abrahamsen<br>Christopher W. Henry<br>Wolf, Greenfield & Sacks, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 646-8000 |

Dated: July 13, 2012
1066826

SO ORDERED, this _____ day of July, 2012.

------------------------------------
Hon. Gregory M. Sleet
United States District Court Judge